AO-10
Rev. 1/2002

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2004

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Huvelle, Ellen S | 2. Court or Organization<br><br>U.S. District Court for D.C. | 3. Date of Report<br><br>5/16/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge-full time | 5. Report Type (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>333 Constitution Avenue, NW<br><br>Washington, DC 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____    Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only: see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE

RECEIVED May 20 10 19 AM '05

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Self-employed, Partner in Law Firm | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Boston College, Newton, MA | Board of Overseers (Transportation, Food and Hotel)(May7-8 and October 8-9) |
| 2. | | |
| 3. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

✓ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | HSBC | Mortgage on Rental Prop., Washington, DC (Part VII. Line 87) | M |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 5/16/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Morgan Stanley Active Assets Tax Free Trust | C | Interest | M | T | | | | | |
| 2. America Online (now named Time Warner) | | None | J | T | | | | | |
| 3. Applera Com Celerea Gp (previously Pe Cp Com Celerea GP) | | None | J | T | | | | | |
| 4. Cisco Systems | | None | J | T | | | | | |
| 5. Fifth 3rd Bancorp Ohio | A | Dividend | K | T | buy | 03/17 | K | | |
| 6. Intel | A | Dividend | J | T | | | | | |
| 7. iShares MSCI EAFE Fund | B | Dividend | M | T | buy | 09/13 | K | | |
| 8. McKesson Corp | A | Dividend | K | T | buy | 03/17 | K | | |
| 9. Oracle Corp. | | None | K | T | | | | | |
| 10. Sony Corp ADR 1974 New | A | Dividend | J | T | | | | | |
| 11. Sepracor | | None | | | sale | 03/17 | K | B | |
| 12. LA Public Works BE 4.4% due 10/01/04 | B | Interest | | | redeem | 10/01 | K | A | |
| 13. Conjeo BE 4.125% due 08/01/05 | B | Interest | K | T | · | | | | |
| 14. California St General Obligation 4.5% due 05/01/05 | A | Interest | K | T | buy | 10/15 | K | | |
| 15. Southern California Pub Power 5.5% due 07/01/05 | A | Interest | K | T | buy | 10/15 | K | | |
| 16. Pittsburg CA Unified School District 4.0% due 08/01/07 | A | Interest | K | T | buy | 09/08 | K | | |
| 17. Escondido CA 3.75% due 07/01/04 | B | Interest | | | redeem | 07/01 | K | A | |
| 18. Triborough Bridge & Tunnel Authority 4.6% due 01/01/04 | B | Interest | | | redeem | 01/01 | K | A | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 5/16/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during the reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Philadelphia PA Hospital 5.25% due 2/15/14 | A | Interest | | | redeem | 02/17 | K | A | |
| 20. Missouri St Health Edl Facs 5.125% due 01/01/09 | A | L | L | T | buy | 09/08 | L | | |
| 21. Cinco TX Municipal Utility 4.0% due 09/01/10 | A | Interest | L | T | buy | 09/08 | L | | |
| 22. MFS Muni Bond | B | Dividend | K | T | | | | | |
| 23. Van Kampen Emerging Markets | A | Dividend | K | T | | | | | |
| 24. Oppenheimer Developing Markets Fund | A | Dividend | J | T | | | | | |
| 25. Delaware Trend Fund | | None | J | T | | | | | |
| 26. Enterprise Sm Co Growth | | None | J | T | | | | | |
| 27. Templeton Developing Markets | B | Dividend | L | T | | | | | |
| 28. Franklin Small Midcap | | None | K | T | | | | | |
| 29. AIM International Growth Fund | | None | J | T | | | | | |
| 30. Discover Bank CD 2.05% due 04/20/05 | | None | L | T | buy | 10/15 | L | | |
| 31. Cardinal Bank NA CD 2.6% due 10/12/05 | A | Interest | L | T | buy | 07/14 | M | | |
| 32. Manulife Venture Annuity | | None | M | T | | | | | |
| 33. -IRA #2 | E | Int, Div, CG | O | T | | | | | |
| 34. -Liquid Asset Fund | | | | | | | | | |
| 35. -iShares MSCI EAFE | | | | | buy | 03/17 | K | | |
| 36. -iShares MSCI Emerging Markets | | | | | buy | 03/17 | J | | |

1. Income Gain Codes:
(See Columns B1 and D4)
A = $1,000 or less
B = $1,001-$2,500
C = $2,501-$5,000
D = $5,001-$15,000
E = $15,001-$50,000
F = $50,001-$100,000
G = $100,001-$1,000,000
H1 = $1,000,001-$5,000,000
H2 = More than $5,000,000

2. Value Codes:
(See Columns C1 and D3)
J = $15,000 or less
K = $15,001-$50,000
L = $50,001-$100,000
M = $100,001-$250,000
N = $250,000-$500,000
O = $500,001-$1,000,000
P1 = $1,000,001-$5,000,000
P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000
P4 = More than $50,000,000

3. Value Method Codes
(See Column C2)
Q = Appraisal
R = Cost (Real Estate Only)
S = Assessment
T = Cash/Market
U = Book Value
V = Other
W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 5/16/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. -iShares S&P Small Cap Value | | | | | buy | 03/17 | J | | |
| 38. -Shares S&P 500 Growth | | | | | buy | 03/17 | L | | |
| 39. -Shares S&P 500 Value | | | | | buy | 03/17 | L | | |
| 40. -Shares Sm Cap Growth | | | | | buy | 03/17 | K | | |
| 41. -International Lease Finance Corp. 4.75% due 01/18/05 | | | | | | | | | |
| 42. -Societe Generale NY 7.4% due 06/01/06 | | | | | | | | | |
| 43. -GTE South 6/125% due 06/15/07 | | | | | | | | | |
| 44. -Salomon Smith Barney 6.5% due 02/15/08 | | | | | | | | | |
| 45. -Wal-Mart Stores 6.875% due 081/10/09 | | | | | | | | | |
| 46. -Van Kampen Comstock | | | | | | | | | |
| 47. -MFS Value | | | | | | | | | |
| 48. -Goldman Sachs Small Cap Value | | | | | | | | | |
| 49. -Enterprise Growth | | | | | | | | | |
| 50. -American Gr. Fund | | | | | | | | | |
| 51. -American Inv. Co. | | | | | | | | | |
| 52. -Sentinel Small Company | | | | | | | | | |
| 53. -Delaware Small Cap Value | | | | | | | | | |
| 54. -E.V. (Eaton Vance) Emerging Markets | | | | | | | | | |

| 1 Income Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,000-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 5/16/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Active Assets Tax Free | B | Interest | N | T | | | | | |
| 56. Allstate Corp | | None | | | sale | 01/21 | J | A | |
| 57. EMC Corp Mass | | | J | T | | | | | |
| 58. Genzyme Corp (General Division) | | None | J | T | | | | | |
| 59. Hewlett Packard | A | Dividend | J | T | | | | | |
| 60. Human Genome Sciences | | None | J | T | | | | | |
| 61. iShares MSCI EAFE | A | Dividend | K | T | buy | 10/19 | K | | |
| 62. iShares S&P 500 Growth | A | Dividend | K | T | buy | 10/19 | J | | |
| 63. iShares S&P 500 Value | A | Dividend | L | T | buy | 10/19 | L | | |
| 64. Medtronic | A | Dividend | K | T | | | | | |
| 65. SBC Communications | A | Dividend | | | sale | 02/10 | K | A | |
| 66. SBC Communications | | None | J | T | gift | 12/27 | J | | |
| 67. Sun Microsystems | | None | J | T | | | | | |
| 68. Tulsa Co OK 4.0% due 05/15/06 | A | Interest | L | T | buy | 09/20 | L | | |
| 69. McCreary Co Kentucky School District 2.0% due 06/01/06 | A | Interest | J | T | buy | 09/20 | J | | |
| 70. Pike Co Kentucky School District 5.0% due 09/01/06 | A | Interest | J | T | buy | 09/20 | K | | |
| 71. Fort Zumwalt Missouri School District 7.0% due 02/01/07 | B | Interest | J | T | buy | 09/20 | J | | |
| 72. JEA Florida Water & Sewer 4.0% due 01/01/07 | B | Interest | L | T | buy | 09/20 | L | | |

1. Income Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,001-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assess    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 5/16/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcation (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| -A- Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent, in int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. Oyster Bay New York Public Improvements 5.0% due 02/15/10 | B | Interest | K | T | | | | | |
| 74. Triborough Bridge Authority 4.6% due 01/01/04 | B | Interest | | | redeem | 01/01 | L | A | |
| 75. Van Kampen Emerging Markets Fund | A | Distribution | J | T | | | | | |
| 76. Nuveen Intermediate Duration Municipal Bond | B | Distribution | K | T | | | | | |
| 77. Oppenheimer Developing Markets Fund | A | Distribution | J | T | | | | | |
| 78. Delaware Trend Fund | | None | K | T | | | | | |
| 79. Enterprise Small Co. Growth | | None | K | T | | | | | |
| 80. Franklin Small Midcap Growth Fund | | None | K | T | | | | | |
| 81. AIM Constellation Fund | | None | K | T | | | | | |
| 82. Templeton Foreign Fund | C | Distribution | M | T | | | | | |
| 83. Lincoln National American Legacy | | None | M | T | | | | | |
| 84. IRA #1 | D | Div, CG | L | T | | | | | |
| 85. -Liquid Asset Fund | | | | | | | | | |
| 86. -Delaware Small Cap Value Fund | | | | | | | | | |
| 87. Rental Property, Washington, DC | E | Rent | N | W | | | | | |
| 88. C&B | B | Interest | O | T | | | | | |
| 89. Cov. Fund LLC | A | Interest | J | T | | | | | |
| 90. Greenwood at Cleveland Park LLC | | None | J | W | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 5/16/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. 1/3 Interest in Vacation Home in Barnstable County, MA | A | Rent | O | W | | | | | |
| 92. Retirement Account | E | Div, CG | P | T | | | | | |
| 93. -Brandywine Fund | | | | | partial sale | 4/29 | K | A | |
| 94. | | | | | partial sale | 9/7 | L | A | |
| 95. | | | | | sale | 9/14 | K | A | |
| 96. -Vanguard Total Bond | | | | | partial sale | 2/10 | K | A | |
| 97. | | | | | sale | 2/25 | K | A | |
| 98. -Vanguard Prime Money Market | | | | | partial sale | 2/12 | K | A | |
| 99. | | | | | partial sale | 4/14 | J | A | |
| 100. | | | | | partial sale | 4/19 | K | A | |
| 101. | | | | | partial sale | 4/20 | K | A | |
| 102. | | | | | partial sale | 5/10 | L | A | |
| 103. | | | | | partial sale | 9/7 | K | A | |
| 104. | | | | | partial sale | 10/20 | M | A | |
| 105. | | | | | sale | 11/1 | L | A | |
| 106. -Vanguard Wellington Fund | | | | | partial sale | 4/29 | K | A | |
| 107. | | | | | partial sale | 8/2 | L | A | |
| 108. -Vanguard S&P 500 Index | | | | | partial sale | 8/2 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 5/16/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. | | | | | partial sale | 11/8 | K | A | |
| 110. | | | | | partial sale | 11/19 | K | A | |
| 111. | | | | | partial sale | 11/24 | K | A | |
| 112. -Vanguard Explorer Fund | | | | | buy | 11/19 | L | | |
| 113. -Vanguard Short-Term Investment-Grade Fund | | | | | buy | 5/10 | L | | |
| 114. | | | | | buy | 8/2 | M | | |
| 115. | | | | | buy | 9/7 | L | | |
| 116. | | | | | buy | 10/20 | M | | |
| 117. | | | | | buy | 11/1 | L | | |
| 118. | | | | | partial sale | 11/19 | J | A | |
| 119. -Vanguard Ext. Market Index Fund | | | | | buy | 4/20 | K | | |
| 120. | | | | | buy | 9/14 | K | | |
| 121. | | | | | sale | 10/20 | L | A | |
| 122. -Sound Shore Fund | | | | | buy | 10/20 | M | | |
| 123. | | | | | buy | 11/8 | K | | |
| 124. | | | | | buy | 11/24 | J | | |
| 125. -Vanguard Total Stock Market Index Fund | | | | | buy | 2/12 | K | | |
| 126. | | | | | buy | 9/7 | K | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
     P3 = $25,000,001-$50,000,000     P4 = More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash Market
(See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 5/16/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. | | | | | sale | 11/19 | L | C | |
| 128. -T. Rowe Price Mid-Cap Growth Fund | | | | | buy | 2/10 | K | | |
| 129. | | | | | buy | 2/25 | K | | |
| 130. | | | | | buy | 4/29 | K | | |
| 131. | | | | | buy | 9/7 | K | | |
| 132. | | | | | partial sale | 10/20 | K | A | |
| 133. | | | | | buy | 11/19 | K | | |
| 134. -Am. Aadvantage Int'l Equity Fund | | | | | buy | 4/14 | J | | |
| 135. | | | | | buy | 4/19 | K | | |
| 136. | | | | | buy | 4/29 | K | | |
| 137. | | | | | buy | 8/2 | K | | |
| 138. | | | | | buy | 9/7 | K | | |
| 139. | | | | | buy | 11/24 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Huvelle, Ellen S | 5/16/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

1. My IRA account (IRA #2, lines 33-54, ▮▮▮▮▮▮▮▮ RA account (IRA #1, lines 84-86) and ▮▮▮▮▮▮▮▮ retirement account (a 401(k) account, lines 92-139) are being reported as Aggregate Ownership Arrangements. The retirement account was previously reported in 2004 at lines 63-68.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date     5/16/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544